CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alejandro Contreras-Chavez**<br>YOB: 1966; Citizen of Mexico | DOCKET NO. 24-07413MJ<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 20, 2024, at or near Lukeville, Arizona, in the District of Arizona, **Alejandro Contreras-Chavez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on March 6, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Alejandro Contreras-Chavez** is a citizen of Mexico. On March 6, 2023, **Alejandro Contreras-Chavez** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On March 20, 2024, agents found **Alejandro Contreras-Chavez** in the United States at or near Lukeville, Arizona, Arizona, without the proper immigration documents. **Alejandro Contreras-Chavez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br>*[signature]*<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>March 22, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
   Reviewing AUSA: Hopkins