GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER H. BERMAN
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: jennifer.berman@usdoj.gov
Attorneys for Plaintiff

FILED

2024 APR 17 PM 4:29

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-01942 TUC-JGZ(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violation: |
| vs. | 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(1)) |
| Alejandro Contreras-Chavez, | |
| Defendant. | (Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about March 20, 2024, in the District of Arizona, to wit: at or near Menegers Dam, Alejandro Contreras-Chavez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near El Paso, Texas, on or about March 6, 2023, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security

///

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: April 17, 2024

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

JENNIFER H. BERMAN
Assistant United States Attorney

*United States of America v. Alejandro Contreras-Chavez*
Indictment Page 2 of 2