**LUIS FERNANDO PARRA, ABN 21570**
**PARRA LAW OFFICES, P.L.L.C.**
571 N. Grand Avenue
Nogales, Arizona 85621-1135
Telephone: (520) 281-9369
Facsimile: (520) 287-2121
Email:  lfparra@azmxlaw.com

**Attorney for Defendant Alejandro Contreras-Chavez**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Alejandro Contreras-Chavez, Defendant, | No. 4:24-cr-01942-JGZ-MAA <br><br> **DEFENDANT CONTRERAS-CHAVEZ'S MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** <br> **(DEFENDANT CONTRERAS-CHAVEZ 1ST MOTION)** |

It is expected that excludable delay under 18 U.S.C § 3161(h)(3)(B)(8)(A) will occur as a result of this motion or an order based thereon.

COMES NOW the Defendant, Alejandro Contreras-Chavez, by and through counsel undersigned, respectfully moves the Court for a continuance of 30 days of trial presently set for June 18, 2024, at 9:30 a.m. in the above-captioned case for the following reason:

The Continuance is requested in good faith, for the reason that it is anticipated that this case will be resolved by plea agreement; however, if it cannot be resolved, additional time is necessary to prepare for trial.

AUSA Jennifer Helene Berman has been contacted and has no objection to this request for continuance.

-1-

Based on the foregoing, Mr. Alejandro Contreras-Chavez submits that good cause exists to grant the requested continuance.

DATED this 21st day of May, 2024

        **PARRA LAW OFFICES, P.L.L.C.**

        */s/    Luis Fernando Parra*

        Luis Fernando Parra
        Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jennifer Helene Berman
Assistant United States Attorney
Office of the United States Attorney
Evo A. DeConcini United States Courthouse
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: jennifer.berman@usdoj.gov

        */s/ Luis Fernando Parra*
        Luis Fernando Parra