**LUIS FERNANDO PARRA, ABN 21570**
**PARRA LAW OFFICES, P.L.L.C.**
571 N. Grand Avenue
Nogales, Arizona 85621-1135
Telephone: (520) 281-9369
Facsimile: (520) 287-2121
Email:  lfparra@azmxlaw.com
**Attorney for Defendant Alejandro Contreras-Chavez**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| United States Of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Alejandro Contreras-Chavez,<br>　　　　Defendant, | No.  4:24-cr-01942-JGZ-MAA<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

　　　　It is expected that excludable delay under 18 U.S.C. § 3161(h)(3)(B)(8)(A) will occur as a result of this motion or of an order based thereon.

　　　　**COMES NOW** Undersigned counsel respectfully requests to withdraw as counsel of record for Defendant, Alejandro Contreras-Chavaez for the reason that irreconcilable differences have arisen between counsel undersigned and Defendant. Undersigned counsel sustained an in-person interview last week with Mr. Contreras-Chavez at CCA Florence Arizona, and has sustained multiple telephonic interviews with Defendant. Mr. Contreras-Chavez has expressed his desire and consent to have new counsel appointed to proceed with the above-cited matter. Jury Trial is set for July 23, 2024, at 09:30 AM before Senior Judge Jennifer G. Zipps on this matter with a Plea deadline on July 5, 2024.

　　　　Therefore, it is respectfully requested that this Honorable Court allow the undersigned counsel to withdraw as counsel of record.

　　　　**DATED** this 24th day June 2024

　　　　　　　　　　　　　　　　　　　　　　　　**PARRA LAW OFFICES, P.L.L.C.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/    Luis Fernando Parra*
　　　　　　　　　　　　　　　　　　　　　　　　Luis Fernando Parra
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jennifer Helene Berman
Assistant United States Attorney
Office of the United States Attorney
Evo A. DeConcini United States Courthouse
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: jennifer.berman@usdoj.gov

*/s/ Luis Fernando Parra*
Luis Fernando Parra